

# Fourth Court of Appeals
## San Antonio, Texas

Friday, May 22, 2015

No. 04-14-00787-CR

Matthew O. **ARANDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2070
Honorable Pat Priest, Judge Presiding

# O R D E R

Appellant's brief was due on April 13, 2015.  *See* TEX. R. APP. P. 38.6(a).  We granted Appellant's first motion for an extension of time to file the brief until May 13, 2015.  On May 18, 2015, Appellant filed a second motion for an extension of time to file the brief until June 12, 2015, for a total extension of sixty days.

Appellant's motion is GRANTED.  Appellant must file the brief not later than June 12, 2015.  **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we may abate this appeal and remand it to the trial court for an abandonment hearing.  *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2015.

Keith E. Hottle
Clerk of Court